UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 16-Cr-644 (SHS) |
| -against- | : | |
| | | ORDER |
| FILIPPO MAGNI, | : | |
| Defendant. | : | |

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the Clerk of Court is directed to unseal the following documents in this matter:

1. Defendant's Waiver of Indictment;
2. The (S11) Information;
3. The minutes of defendant's change of plea;
4. Judgment;
5. Consent Preliminary Order of Forfeiture/Money Judgment; and
6. Three Orders dated February 8, 2022

Dated: New York, New York
      April 6, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.