UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,      :      16-Cr-644 (SHS)

    -against-      :

          ORDER

FILIPPO MAGNI,      :

       Defendant.      :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that the parties shall inform the Court on or before May 9, 2022, whether there is a continued need for the judgment and related documents to remain undocketed.

Dated: New York, New York
       February 8, 2022

                                          SO ORDERED:

                                          Sidney H. Stein, U.S.D.J.