UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   16-Cr-644 (SHS)

    -against-  :

       ORDER

FILIPPO MAGNI,  :

          Defendant.  :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

    IT IS HEREBY ORDERED that Pretrial Services is directed to return defendant's passport to him.

Dated: New York, New York
       February 8, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.