UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,  :   16-Cr-644 (SHS)

   -against-  :

                                  ORDER

FILIPPO MAGNI,  :

          Defendant.  :

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge:

      IT IS HEREBY ORDERED that the defendant shall report to the U.S. Probation Office in the Southern District of New York prior to leaving for Italy.

Dated: New York, New York
       February 8, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.